UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RACHEL SWINK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01942 ERW |
| ) | |
| AT&T, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

AT&T[1] ("Defendant") has asserted that Rachel Swink ("Plaintiff") has sued the incorrect entity. It appears to the Court that this is a "misnomer situation" in which Plaintiff "has named and served the right defendant by the wrong name." *See Roberts v. Michaels*, 219 F.3d 775, at 778 (8th Cir. 2000). Defendant received notice of this suit and Defendant's participation in this action demonstrates that they "knew . . . that, but for a mistake concerning the identity of the proper party, the action would have been brought against" Southwestern Bell Telephone Company instead of AT&T. Fed. R. Civ. P. 15(c)(3)(B). Plaintiff is entitled to relief from her mistake under the provisions of Fed. R. Civ. P. 4(a) and Fed. R. Civ. P. 15(c)(3). *See Roberts*, 219 F.3d at 778.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint naming Southwestern Bell Telephone Company as Defendant on or before **May 2, 2008.** Upon receipt of the amended complaint, the Court will issue an amended summons.

---

[1] Although Plaintiff named AT&T as Defendant in this action, Southwestern Bell Telephone Company has responded to Plaintiff's Complaint and states that it, and not AT&T, is the former employer of Plaintiff.

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that Plaintiff's Response to AT&T's Motion for Extension of Time and Plaintiff's Motion for Summary Judgment [doc. #7] is **DENIED, as moot**.

**IT IS FURTHER ORDERED** that "AT&T's" and Southwestern Bell Telephone Company's Motion for Summary Judgment [doc. #12] is **DENIED, as moot.**

**IT IS FURTHER ORDERED** that "AT&T's" and Southwestern Bell Telephone Company's Motion to Strike, or, in the alternative, Motion for Leave to File (1) a Response to Plaintiff's Statement of Controverted Material Facts; and (2) a Supplemental Response to Plaintiff's Motion for Summary Judgment [doc. #23] is **DENIED, as moot**.

Dated this 14th Day of April, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com